# Court of Appeals
# of the State of Georgia

ATLANTA,___July 25, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A2241. EVELYN LEGERNE v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Evelyn Legerne appealed the magistrate court's decision to the superior court. Federal National Mortgage Association filed a motion to dismiss the appeal, which the trial court granted on June 18, 2012. Legerne then filed this direct appeal. We lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court ruling, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Legerne's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction. Additionally, the appeal is untimely. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Legerne filed her notice of appeal 8 days after entry of the superior court's order. This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/25/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*